JOAN M. GRIMES, ESQ.
State Bar No. 121502
1600 S. Main Street, Suite 100
Walnut Creek, CA  94596
(925) 939-1680    Phone
(925) 407-8373    Fax

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| Eric Robert Green<br>Kathryn Kaye Green,<br><br>        Debtors. | Case No.   13-41687-CN-13<br><br>Chapter 13<br><br>**OPPORTUNITY FOR HEARING ON FINAL ORDER ON MOTION TO VALUE COLLATERAL OF WELLS FARGO BANK, NA AS SUCCESSOR IN INTEREST TO WACHOVIA AS SUCCESSOR IN INTEREST TO WORLD SAVINGS BANK (SECOND DEED OF TRUST) UNDER § 506 AND FRBP 3012** |

TO: THE COURT, CREDITORS, AND PARTIES IN INTEREST:

**OPPORTUNITY FOR HEARING ON FINAL ORDER ON MOTION TO VALUE COLLATERAL OF WELLS FARGO BANK, NA AS SUCCESSOR IN INTEREST TO WACHOVIA AS SUCCESSOR IN INTEREST TO WORLD SAVINGS BANK (SECOND DEED OF TRUST) UNDER §506 AND FRBP 3012**

    Please take notice the Debtors seek to file a Final Order on Motion to Value Collateral of Wells Fargo Bank, NA as Successor in Interest to Wachovia as Successor in Interest to World Savings Bank (Second Deed of Trust) under § 506 and FRBP 3012.

OPPORTUNITY FOR HEARING ON FINAL ORDER ON MOTION TO VALUE COLLATERAL OF WELLS
FARGO BANK, NA AS SUCCESSOR IN INTEREST TO WACHOVIA AS SUCCESSOR IN INTEREST TO
WORLD SAVINGS BANK (SECOND DEED OF TRUST) UNDER § 506 AND FRBP 3012

Such Order seeks a permanent voidance of the lien of Wells Fargo Bank, NA as Successor in Interest to Wachovia as Successor in Interest to World Savings Bank (Second Deed of Trust) which is currently attached as a second deed of trust against the Debtors' residence located at 724 Shumardi Oak Court, Brentwood, CA 94513.

PLEASE TAKE NOTICE that pursuant to the Guidelines for Valuing and Voiding Liens for the Northern District of California which prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the requesting party within 7 days of mailing of the notice;

That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

That if there is not a timely objection to the requested relief or a request for hearing, the court may enter a Final Order on Motion to Value Collateral under § 506 and FRBP 3012 granting the relief by default; and

That the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

LAW OFFICE OF JOAN GRIMES

Dated: May 1, 2018 /s/ Joan M. Grimes
Joan M. Grimes
Attorney for Debtors

OPPORTUNITY FOR HEARING ON FINAL ORDER ON MOTION TO VALUE COLLATERAL OF WELLS FARGO BANK, NA AS SUCCESSOR IN INTEREST TO WACHOVIA AS SUCCESSOR IN INTEREST TO WORLD SAVINGS BANK (SECOND DEED OF TRUST) UNDER § 506 AND FRBP 3012