JOAN M. GRIMES, ESQ.
State Bar No. 121502
1600 S. Main Street, Suite 100
Walnut Creek, CA 94596
(925) 323-7772    Phone
(925) 407-8373    Fax

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| Eric Robert Green<br>Kathryn Kaye Green,<br><br>　　　　　Debtors. | Case No.　13-41687-CN-13<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I am employed in the County of Contra Costa, California. I am over the age of eighteen (18) years old and I am not a party to this action. My business address is: Law Office of Joan M. Grimes, 1600 S. Main Street, Suite 100, Walnut Creek, CA 94596

On May 1, 2018 copies of the enclosed document(s):

1. Opportunity for Hearing on Motion to Value Collateral of Wells Fargo Bank, NA as Successor in Interest to Wachovia as Successor in Interest to World Savings Bank (Second Deed of Trust) under § 506 and FRBP 3012

2. *Proposed* Final Order on Motion to Value Collateral of Wells Fargo Bank, NA as Successor in Interest to Wachovia as Successor in Interest to World Savings Bank (Second Deed of Trust) under § 506 and FRBP 3012

are being served on the following parties by placing a true copy thereof in a sealed envelope(s),

PROOF OF SERVICE                                                                                                                         Page 1

addressed as follows with all envelopes addressed to the authorized agent of process for:

<u>VIA CERTIFIED MAIL</u>
Wells Fargo Bank, NA
Attn: Officer
101 N Phillips Ave
Sioux Falls, SD
57104

<u>VIA US MAIL</u>
<u>Request for Special Notice</u>
Capital One, NA
Bass & Associates, PC
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

<u>Request for Special Notice</u>
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

<u>VIA ECF</u>
<u>Chapter 13 Trustee</u>
Martha G. Bronitsky
PO Box 5004
Hayward, CA  84540-5004

<u>VIA ECF</u>
<u>United States Trustee, Region 17</u>
Office of the United States Trustee
450 Golden Gate Avenue
5th Floor, Suite 05-0153
San Francisco, CA 94102

    [X]    (BY MAIL) As indicated above, by placing said envelope(s) with postage thereon fully prepaid for first-class mail, for collection and mailing at my place of business following ordinary business practice.  I am readily familiar with the ordinary business practice for the collection and processing of mail.  In the ordinary course of business, mail is deposited with the United States Postal Service on the same day as it is placed for collection.

    [X]    (BY CERTIFIED MAIL) As indicated above, by placing said envelope(s) with postage thereon fully prepaid for certified mail, for collection and mailing at my place of business following ordinary business practice.  I am readily familiar with the ordinary business practice for the collection and processing of mail.  In the ordinary course of business, mail is deposited with the United States Postal Service on the same day as it is placed for collection.

    [X]    (BY ECF) As indicated above, by causing said document(s) to be transmitted electronically through the ECF filing system.

PROOF OF SERVICE     Page 2

Case: 13-41687    Doc# 43-1    Filed: 05/01/18    Entered: 05/01/18 11:25:49    Page 2 of 3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 1, 2018 at Walnut Creek, California.

                                /s/ Lauren Roozee
                                Lauren Roozee