| | |
|---|---|
| 1 | JOAN M. GRIMES, ESQ. |
| | State Bar No. 121502 |
| 2 | *LAW OFFICE OF JOAN GRIMES* |
| | 1600 S. Main Street, Suite 100 |
| 3 | Walnut Creek, CA 94596 |
| | (925) 939-1680   Phone |
| 4 | (925) 407-8373   Fax |
| 5 | Attorney for Debtors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|   |   |
|---|---|
| Eric Robert Green<br>Kathryn Kaye Green,<br><br>      Debtors. | ) Case No.   13-41687-CN-13<br>)<br>) Chapter 13<br>)<br>) **PROOF OF SERVICE**<br>)<br>)<br>)<br>) |

I am employed in the County of Contra Costa, California.  I am over the age of eighteen (18) years old and I am not a party to this action.  My business address is:  Law Office of Joan M. Grimes, 1600 S. Main Street, Suite 100, Walnut Creek, CA 94596.

On June 6, 2018 copies of the enclosed document(s):

1. *Signed* Final Order on Motion to Value Collateral of Wells Fargo Bank, NA as Successor in Interest to Wachovia as Successor in Interest to World Savings Bank (Second Deed of Trust) under § 506 and FRBP 3012

are being served on the following parties by placing a true copy thereof in a sealed envelope(s), addressed as follows with all envelopes addressed to the authorized agent of process for:

PROOF OF SERVICE                                                                                                                Page 1

VIA US MAIL
Wells Fargo Bank, NA
Attn: Officer
101 N Phillips Ave
Sioux Falls, SD 57104

VIA US MAIL
Request for Special Notice
Capital One, NA
Bass & Associates, PC
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

Request for Special Notice
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

[X] (BY MAIL) As indicated above, by placing said envelope(s) with postage thereon fully prepaid for first-class mail, for collection and mailing at my place of business following ordinary business practice. I am readily familiar with the ordinary business practice for the collection and processing of mail. In the ordinary course of business, mail is deposited with the United States Postal Service on the same day as it is placed for collection.

[X] (BY CERTIFIED MAIL) As indicated above, by placing said envelope(s) with postage thereon fully prepaid for certified mail, for collection and mailing at my place of business following ordinary business practice. I am readily familiar with the ordinary business practice for the collection and processing of mail. In the ordinary course of business, mail is deposited with the United States Postal Service on the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed June 5, 2018 at Walnut Creek, California.

/s/ Lindsay Strong
Lindsay Strong